NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LINCOLN ELECTRIC COMPANY AND LINCOLN GLOBAL, INC.,**
*Appellants,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**THE ESAB GROUP, INC.,**
*Intervenor,*

AND

**SIDERGAS SPA,**
*Intervenor.*

---

2011-1087

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-686.

---

**ON MOTION**

---

# ORDER

The ESAB Group, Inc. moves to withdraw Paul F. Brinkman, S. Alex Lasher, and Patrick A. Fitch as counsel of record.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__SEP 1 5 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Terrance J. Wikberg, Esq.
Jia Chen, Esq.
Stephen B. Mosier, Esq.
Blas P. Arroyo, Esq.
Paul F. Brinkman, Esq.
S. Alex Lasher, Esq.
Patrick A. Fitch, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 5 2011

JAN HORBALY
CLERK